THANCO PRODUCTS AND IMPORTS, INC., Plaintiff–Appellee

v.

George Vlasios KONTOS, Defendant–Appellant.

No. 10–20017.

United States Court of Appeals, Fifth Circuit.

Nov. 18, 2010.

Seth Isaac Appel, Douglas Peter Harvey, Harvey Siskind, L.L.P, San Francisco, CA, Paul Clark Van Slyke, Locke, Lord, Bissell & Liddell, L.L.P., Houston, TX, for Plaintiff–Appellee.

George Vlasios Kontos, King, NC, pro se.

Before JONES, Chief Judge, JOLLY, and GARZA, Circuit Judges.

PER CURIAM: *

George Vlasios Kontos appeals the district court's grant of default judgment in favor of plaintiff Thanco Products & Imports, Inc. ("Thanco") in this trademark infringement case. Kontos, who was represented by counsel in the district court but who appeals *pro se*, alleges various errors in the district court's disposition of the case. We have reviewed the record and the parties' arguments, and we find no error in entering default judgment under the circumstances of this case. According-

ly, the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.

